

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the Guardianship of A.B.,
an incapacitated person,

No. 11-19-00185-CV

\* From the County Court at Law
 of Taylor County,
 Trial Court No. 1390

\* May 13, 2021

\* Opinion by Williams, J.
 (Panel consists of: Bailey, C.J.,
 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the orders below. Therefore, in accordance with this court's opinion, the orders of the trial court are in all things affirmed. The costs incurred by reason of this appeal are taxed against Appellant, A.B.'s father.